UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jodi Lee Snyder,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

      Defendant.

Civ. No. 12-3104 (MJD/JJK)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 10, 2013.

Plaintiff has objected to that Report and Recommendation, arguing that Magistrate Judge Keyes, the Commissioner and the ALJ failed to understand the combined effects of Plaintiff's organic brain disorder, anxiety, depression and obsessive-compulsive disorder. Plaintiff argues that when these impairments are put into proper perspective, such impairments should be found disabling.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court

1

will adopt the Report and Recommendation, as the Court finds the Commissioner's decision to deny disability benefits is in compliance with the relevant legal requirements and is supported by substantial evidence on the record as a whole.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 9), is **DENIED**;

2. Defendant's Motion for Summary Judgment (Doc. No. 15), is **GRANTED**; and

3. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 18, 2013    s/ Michael J. Davis
                                                    MICHAEL J. DAVIS
                                                    Chief Judge
                                                    United States District Court